UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CONTESSA M. HORINEK,** | ) | CASE NO. 1:19CV2141 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANDREW SAUL,** | ) | <u>ORDER</u> |
| Comm'r of Soc. Sec., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**CHRISTOPHER A. BOYKO, J**</u>**:**

On September 17, 2019, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g). (Doc. 1). The Court referred this matter to Magistrate Judge David A. Ruiz pursuant to Local Rule 72.2. On July 7, 2020, the Magistrate Judge recommended reversing the Commissioner's final decision which denied Plaintiff's application for disability insurance benefits. (Doc. 16). Neither party has objected.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b). Neither party has timely filed an objection. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would

be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Ruiz's Report and Recommendation is **ADOPTED**; the Commissioner's final decision is **REVERSED**; and the matter is **REMANDED** for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: July 28, 2020**